USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

PAUL JOHNSON,

                Defendant.

24 Cr. 706(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    It is hereby ordered that an initial conference in the above-captioned action is scheduled for February 7, 2025, at 2:00pm. Upon the motion of the Government and the consent of the Defendant, it is hereby ordered that time until February 7, 2025, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    December 26, 2024
            New York, New York

_____
Victor Marrero
U.S.D.J.