```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against -

PAUL JOHNSON,

                       Defendant.

24 CR 706 (VM)

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

    The status conference scheduled currently scheduled for February 7, 2025, is hereby adjourned to April 11, 2025, at 3:00 p.m. The Defendant consents to an exclusion of time from the Speedy Trial Act until April 11, 2025.

    It is hereby ordered that time until April 11, 2025, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    6 February 2025
               New York, New York

                                                    Victor Marrero
                                                    U.S.D.J.