USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

PAUL JOHNSON,

                 Defendant.

24 CR 706 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference scheduled for June 13, 2025, is hereby adjourned until July 11, 2025, at 10:00 a.m. The Defendant consents to an exclusion of time from the Speedy Trial Act until July 11, 2025.

    It is hereby ordered that time until July 11, 2025, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    11 June 2025
            New York, New York

                                                 Victor Marrero
                                                 U.S.D.J.