USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/9/25____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                - against -

PAUL JOHNSON,

                Defendant.

**24 CR 706 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference scheduled for July 11, 2025, is hereby adjourned until October 10, 2025, at 10:00 a.m. The Defendant consents to an exclusion of time from the Speedy Trial Act until October 10, 2025.

    It is hereby ordered that time until October 10, 2025, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    9 July 2025
          New York, New York

                                  Victor Marrero
                                  U.S.D.J.