

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 10, 2025

**BY ECF**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: **United States v. Paul Johnson**, 24 Cr. 706 (VM)

Dear Judge Marrero:

      The Government writes, with the consent of defense counsel, to request an adjournment of the status conference scheduled for November 21, 2025. As detailed in the Government's last adjournment request, the Department of Justice is in the process of reviewing the case to determine whether the Government will seek the death penalty. The defense presented to the Department's Capital Case Section on June 24, 2025, and the Government is still awaiting a final decision.

      Accordingly, the Government respectfully requests that the Court adjourn the November 21, 2025 status conference by approximately 30 days. The defense consents to this request. The parties understand that the Court is available on December 12, 2025, at 3 p.m., which is a date and time that is convenient for the parties.

      In the event that the Court adjourns the conference, the Government respectfully requests that the Court exclude time under 18 U.S.C. § 3161(h)(7)(A) from November 21, 2025, through the date of the rescheduled conference. The requested exclusion of time is in the interest of justice

because it will allow the defense to continue its review of discovery materials and to prepare motions. The defense consents to the exclusion of Speedy Trial time.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

by: _____
        Patrick R. Moroney
        Assistant United States Attorney
        (212) 637-2330

cc (by ECF):   David Stern, Esq.