USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/6/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     - against -<br><br>PAUL JOHNSON,<br><br>           Defendant. | **24 CR 706 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for May 8, 2026, is hereby adjourned until June 5, 2026, at 1:00 p.m. The Defendant consents to an exclusion of time from the Speedy Trial Act until June 5, 2026.

It is hereby ordered that time until June 5, 2026, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

The Clerk of Court is respectfully directed to close the motion at Docket Number 33.

**SO ORDERED.**

Dated:    6 May 2026
         New York, New York

                                  _____
                                    Victor Marrero
                                    U.S.D.J.