

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 1, 2026

**BY ECF**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Paul Johnson**, 24 Cr. 706 (VM)

Dear Judge Marrero:

A status conference in this matter is currently scheduled for June 5, 2026.  The Government understands that the Court is no longer available on that date, but that the Court is available at 11 a.m. on June 11, 2026.  Accordingly, the parties respectfully request that the Court adjourn the status conference in this matter to 11 a.m. on June 11, 2026.  The Government further requests that the Court exclude time under 18 U.S.C. § 3161(h)(7)(A) from June 5, 2026, through June 11, 2026.  The requested exclusion of time is in the interest of justice because it will allow the parties to continue their discussions about a pretrial resolution and will allow the defense to continue its review of discovery materials and to prepare motions if a resolution is not reached.  The defense consents to the exclusion of Speedy Trial time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

cc (by ECF):   David Stern, Esq.