

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 4, 2026

**BY ECF**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  <u>**United States v. Paul Johnson**</u>, **24 Cr. 706 (VM)**

Dear Judge Marrero:

      A status conference in this matter is scheduled for June 11, 2026. In advance of that conference, the Government respectfully requests that the Court enter the enclosed force order.

      Defendant Paul Johnson, who is in federal custody at MDC-Brooklyn, is currently being prosecuted in New York County Supreme Court in connection with a July 2021 murder (in the above-captioned matter, the defendant is charged with committing a March 2022 murder, among other counts). The caption of the defendant's state case is <u>People v. Paul Johnson</u>, Ind. No. IND-71007-22 (the "State Case"). On three occasions, a justice of the New York County Supreme Court issued a writ of habeas corpus ad prosequendum in order to secure the defendant's presence for appearances on the State Case. On each occasion—December 3, 2025; March 16, 2026; and May 27, 2026—the United States Marshals Service ("USMS") notified the Government and New York County District Attorney's Office that the defendant refused production. The Government understands from USMS that, because the defendant is in federal custody, an order from this Court is required in order to use reasonable force to ensure the defendant's presence in his State Case.

      Accordingly, in light of the defendant's repeated refusals to appear as directed, the Government respectfully requests that the Court enter the enclosed proposed force order, which authorizes USMS and assisting agencies to use such reasonable force as is necessary to ensure the defendant's appearance in court on the State Case and in the above-captioned federal matter.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

by: _____
      Patrick R. Moroney
      Assistant United States Attorney
      (212) 637-2330

cc (by ECF):  David Stern, Esq.