USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/8/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA

    – v. –

PAUL JOHNSON,
      a/k/a "PJ Glizzy,"

                Defendant.

------------------------------------

**ORDER**

**24 Cr. 706 (VM)**

VICTOR MARRERO, District Judge:

The United States Marshals Service ("USMS") and the Bureau of Prisons ("BOP") are requested to produce defendant Paul Johnson (USMS Number 52583-511) ("Defendant") in the above-captioned case to Courtroom 15B, 500 Pearl Street, New York, New York on June 11, 2026 at 11 a.m. for a conference. In the event that Defendant refuses to leave the facility where he is housed, refuses to return to that facility, or refuses to comply with any rules, directives, or procedures of USMS and BOP regarding his transportation to and from court, members of the USMS and BOP may use such force as is reasonably necessary to bring Defendant to and from court.

The Court has been informed that, on three prior instances, a justice of New York County Supreme Court has issued a writ of habeas corpus ad prosequendum to secure Defendant's production on People v. Paul Johnson, Ind. No. IND-71007-22, and that, on each occasion, Defendant refused production. Accordingly, if Defendant refuses to cooperate in any way with his transportation to and from court for any future court appearance pursuant to writ of habeas corpus ad prosequem issued by a justice of New York County Supreme Court in People v. Paul Johnson, Ind. No. IND-71007-22, or if defendant refuses production to any court appearance in the above-captioned matter, members of USMS, BOP, the New York City Police Department, and

the New York County District Attorney's Office are permitted to use such force as is reasonably necessary to bring Defendant to and from court.

Dated:   New York, New York
         June 8, 2026

_____
THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE