UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

UNITED STATES OF AMERICA

-v.-

PAUL JOHNSON,

Defendant.

---------------------------------------------------x

24 Cr. 706 (VM)

**SENTENCING MEMORANDUM**

David Stern
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, NY 10013
*Attorney for Paul Johnson*

**INTRODUCTION**

Paul Johnson is scheduled for sentencing before your Honor on November 20, 2026 following his plea of guilty to Counts 2, 4, and 5 of the superseding indictment S1 24 CR 706. Count 2 charges him with Conspiracy to Commit Murder in Aid of Racketeering (18 U.S.C. § 1959(a)(5), Count 4 charges Discharge of a Firearm in Furtherance of a Crime of Violence (18 U.S.C. 924(c)(1)(A)(i), (ii),(iii),and 2), and Count 5 charges Assault with a Deadly Weapon and Attempted Murder in Aid of Racketeering (18 U.S.C. §§ 1959(a)(3) and (5)). Paul Johnson is a 25 year old man whose crimes were committed when he was around 21 years old, a time when the brain is not yet fully developed and young people are subject to act impulsively, including committing acts of violence. An article discussing the development of the adolescent brain, "Maturation of the Adolescent Brain", is attached as Exhibit A. Paul recognizes the seriousness of his criminal acts, and our discussion of the adolescent brain does not seek to excuse them. Rather, we ask the Court to take into account his capacity for growth and change when evaluating his arguments pursuant to 18 U.S.C. § 3553(a).

**The Presentence Report and Advisory Federal Sentencing Guidelines**

We have reviewed the Presentence Report dated 10/19/26 which was prepared by United States Probation Officer Jill Spitalieri. We seek the following modifications to the report:

1. ¶27 - February 26, 2024, should be changed to February 26, 2022;
2. ¶61 – In addition to the electricity being occasionally turned off, the family survived on food stamps and there was insufficient food in the house.
3. ¶62 – Mr. Johnson lived with his grandmother until 2020, not 2016.
4. ¶65 - In addition to what is described in this paragraph, Mr. Johnson hopes to get his G.E.D. and may want to own a food truck.
5. ¶66 – While in M.D.C. Mr. Johnson was stabbed in the back/shoulder area and continues to suffer discomfort.
6. ¶67 – Mr. Johnson is allergic to any drug in the "cillin family" and must not be treated with any drug from that group of medications.
7. ¶69 – Mr. Johnson is being treated with Remron for stress management, and to combat the symptoms of PTSD, and anxiety.
8. ¶70 – Before being incarcerated Mr. Johnson used Percocet 2-3 times per week, and frequently ingested "Lean" which is an illicit recreational drug made by mixing prescription-strength cough syrup (containing codeine and promethazine) with a soft drink (such as

Sprite or Mountain Dew) and hard candy (like Jolly Ranchers). He hopes to receive drug treatment while in prison.

**Personal History and Family Circumstances**

Paul Johnson was raised by his parents, who separated when he was nine years old. Notwithstanding their separation, both of them played an important role in his upbringing. In addition, Paul has a large extended family and friends who promise to maintain contact with him whatever sentence he receives, and to be there for him when he is released. They assure Your Honor and Paul that they will do all that they can to insure his successful transition from prison to civilian life whenever that occurs.

Although Paul's mother was not wealthy, she did her best to care for him, yet there were times when the family had so little money that the electricity was shut off and food was scarce. Paul had a loving relationship with his family and as reflected in the letter from his mother, attached as Exhibit B, she will support him any way she can and continues to have hope for his future. His father too has a deep and loving relationship with Paul. He is baffled by the problems Paul has caused himself and recognizes the damage he has done. Nonetheless, he remains a loving parent and, in his letter, attached as Exhibit C informs your Honor that "Paul will always be my son. My love for him does not disappear because of his mistakes, just as my acknowledgement of the

victims family suffering does not diminish the love I have for him."

Paul struggled in school where he was diagnosed with ADHD while in middle school and administered medication to help him try to function normally. He never advanced beyond the 10th grade and began to "hang out" in the streets, eventually becoming a locally well-known Drill rapper[i]. As a result of his music Paul developed enmities with other groups which ultimately led to the crimes for which Paul is now convicted by plea. He recognizes the foolish and destructive decisions he made in his life and, as he told probation, "I regret the life I lived up until now, and I wish I could start over from scratch…everyone deserves a second chance" (Presentence Investigation Report ¶ 26) He knows that he will pay a steep price for the serious crimes he has committed. However, Paul hopes that the Court will take into account his age and lack of maturity at the time of the crimes when imposing sentence.

An unusual aspect of Paul's life is that there seems to be two Paul Johnsons. One is the young man who pled guilty to murder and committed violent acts. The other is the Paul Johnson described in letters from his close-knit community of family and friends. Those letters are attached collectively as Exhibit D. Common themes run through these letters. His family and friends speak of the Paul Johnson they know, describing a loving, polite

young man who helps people with their chores. The Paul Johnson they know is an intelligent young man who has great potential. Perhaps most importantly, they speak with one voice when they promise the Court that they will be there to help and guide Paul when he is released from prison. Rasheed Hart, a Coordinator of Youth Initiatives, watched Paul grow up and makes clear that he will be there for Paul to support him as long as he can, a sentiment echoed by many of the other who wrote in support of Paul. His Aunt Jenna White succinctly distills the feelings expressed in all of the letters written on behalf of Paul when she says "I do not ask this Court to ignore the past. I ask only that the possibility of a different future also be considered" adding "I am asking you to see him as a human being whose worst chapter does not necessarily have to be his final chapter."

**Conclusion**

For the foregoing reasons, and in light of the factors to be discussed at the time of sentencing, it is respectfully submitted that Paul Johnson be sentenced to 25 years in prison. We also ask that the Court take into account the approximately 2 ½ years he spent on Rikers Island before being writted into Federal custody. Such a sentence constitutes punishment that is sufficient but "not greater than necessary" to serve the goals of federal sentencing and is a lengthy sentence for such a young man. A sentence of 25 years would mean that Paul will

be released from prison when he will be approximately 45 years old. At 45 he will be a different person than he is now and will likely have learned his lesson and aged out of crime. (see for example, The Effects of Aging on Recidivism Among Federal Offenders, United States Sentencing Commission December 7, 2017) As each punishment should, a sentence of 25 years will fit the crime and who Paul Johnson is and hopes to become.

Dated: New York, New York
November 12, 2026

David Stern
David Stern
Rothman, Schneider,
Soloway & Stern, LLP
100 Lafayette Street, Ste. 501
New York, New York 10013
(212) 571-5500
Attorney for
Paul Johnson

To:
Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

AUSA Patrick R. Maroney
United States Attorneys' Office
26 Federal Plaza, 38th Floor
New York, NY 10278

---

[i] Drill rap is a form of rap music which is highly confrontational and glorifies, or at least remarks on, conflict between gangs and neighborhoods.