# Exhibit B

Kadeesha Prostell
Chesapeake, Virginia
October 25, 2026

Honorable Judge
Manhattan Courthouse

Dear Honorable Judge,

My name is Kadeesha Prostell, and I am the mother of Paul Johnson Jr., who is currently before your court. I write this letter with deep respect for the judicial system and with a mother's humble request for mercy, compassion, and consideration.

Your Honor, my son is 25 years old. While I understand the seriousness of the charges against him, I also know the young man behind those accusations. He is more than the mistakes he may have made, and more than the circumstances that brought him before you today.

As his mother, I have watched him grow from a child into a young man who still has so much life ahead of him. He is my one and only child, my one and only son. He has faced challenges, made poor decisions, and encountered influences that I wish I could have shielded him from. However, I truly believe he is capable of change, growth, and becoming a productive member of society.

My son has shown love, kindness, and compassion throughout his life. He is a son, a family member, and someone who is deeply loved. He has always been very active and talented. He was a great MVP basketball player and one of the fastest track runners growing up. He had dreams, goals, and potential to succeed.

Coming up in a community with little to no opportunities offered to youth for productive activities can set them up for failure. The community needs more for the youth, especially in the State of New York. However, our youth are struggling, failing, and sadly, many are losing their lives. Many feel they have nowhere to turn but to the streets, and it becomes hard for them to find a better path. As parents, we often ask ourselves what we can do when our youth have limited support from their communities.

Your Honor, my son comes from a loving and supportive home. I am a firm believer in God, and I have raised my son with faith and values. I also have a husband, and we have built a beautiful home together in Chesapeake, Virginia. Our family stands ready to support him, guide him, and help him rebuild his life in a positive and meaningful way.

Your Honor, a sentence of 30 years would take away the majority of his life. I respectfully ask the court to consider his age, his potential for rehabilitation, and the support system he has waiting for him. I ask for mercy and an opportunity for him to one day return home, grow, and make a difference.

I understand the court must consider all aspects of this case, and I respect whatever decision is made. I simply ask that you consider the human side — a young man with a mother who loves him deeply and believes he deserves a chance at redemption.

Thank you for taking the time to read my letter and for your service to justice and fairness.

Respectfully,

Kadeesha Prostell