# Exhibit C

Dear Honorable Judge,

As a father, I never imagined that I would find myself in a position where I would have to put into words the pain, sorrow, and heartbreak that I carry in my heart today. I am writing as the father of Paul Johnson Jr., my 25-year-old son, whom I have loved since the day he was born.

I carry a pain that is difficult to describe. I am grieving the loss of my son in a way I never imagined possible. Although he is still alive, the son I once watched grow up, guided through childhood, and dreamed of seeing build a future is no longer able to live the life I had hoped for him. As his father, I feel a deep sense of sadness knowing that his decisions have changed the course of his life and affected so many others.

I often reflect on the years I spent trying to be the best father I could be. I took Paul to ball games, concerts, family outings, and holiday celebrations. I helped him with his homework, spent time with him, and made every effort to create memories and provide guidance, love, and support. I wanted him to have opportunities, positive experiences, and a strong family foundation. My family and I believed we were doing everything we could to raise him with the values, guidance, and love that would help him make the right decisions in life.

Paul has always been a wonderful son to me and someone who has shared meaningful relationships with his friends and family. I have known him to be loving, respectful, personable, caring, and someone who could bring joy and laughter to those around him. He has a way of making the people closest to him feel valued. These are the qualities I remember and cherish as his father. However, I also recognize that the good qualities I have seen in my son do not erase or excuse the terrible choices he made or the consequences of those choices.

My family and I have spent many years believing that we had done our very best as parents. Yet, somewhere along the way, the decisions and influences in Paul's environment, combined with the choices he made for himself, overcame the foundation we worked so hard to establish. As much as it hurts to admit, our love, guidance, and efforts were not enough to prevent the tragic decisions that ultimately changed so many lives forever. That is a painful reality for a parent to accept.

Paul will always be my son. My love for him does not disappear because of his mistakes, just as my acknowledgment of the victims' family suffering does not diminish the love I have for him. I wish I could turn back time, change the decisions that were made, and spare all the families involved from this unimaginable heartbreak. Unfortunately, I cannot.

I pray that the family of (name of victim) finds strength, comfort, and peace in the years ahead.

I remain a father who loves his son, but also a father who must live with the painful reality of what his son has done. My greatest hope is that, despite the tragedy, there can eventually be some measure of healing for everyone whose lives have been forever changed.

Respectfully,

**Paul Johnson Sr.**