# Exhibit D

To Whom It May Concern:

I am writing this letter in support of Paul Johnson.

I understand that he made a mistake that resulted in his incarceration, and I do not intend to minimize or excuse his actions. He made some poor choices, including associating with the wrong crowd and allowing himself to become involved in circumstances that led to his arrest. However, I sincerely believe that one mistake, or even a series of poor decisions, should not define the rest of a young person's life.

I have had the pleasure of knowing Paul and can speak to the positive qualities I have personally witnessed in him. He is an intelligent, capable, and respectful young man. When he was in the community, I could always count on him when I needed assistance. He would willingly run errands for me, take care of my dog, and even tutor my grandchild. These may seem like small things, but they showed me that he was dependable, helpful, and someone who was willing to give his time to others.

I believe that his incarceration has given him an opportunity to reflect on his decisions and the direction his life was taking. I sincerely hope that he has learned from this experience and understands the importance of making better choices, surrounding himself with positive influences, and taking responsibility for his future.

I also want it to be noted that he will not be returning to the community without support. He has a strong family and people in the community who care about him and are willing to help guide, encourage, and support him as he works toward rebuilding his life. There are people who believe in his ability to change and who are prepared to help him stay on the right path.

I am not asking to overlook his mistakes or forget the seriousness of his offense. I am simply asking that you consider the young man beyond the circumstances that brought him here. Everyone deserves the opportunity to learn, grow, and demonstrate that they can make better choices. I believe he deserves the opportunity to prove that he can become a responsible, productive, and law-abiding citizen.

If granted a second chance, I believe he has the intelligence, support, and potential to make something positive of his life and become an asset to his family and community rather than a burden to society.

Thank you for taking the time to read my letter and consider my perspective. I sincerely hope you will give him the opportunity to move forward, make better choices, and show that he can become the young man that those of us who care about him know he has the potential to be.

Respectfully,

Barbara Hamilton

November 4, 2026

**Re: Character Reference for Paul Johnson Jr.**

I am writing this letter on behalf of Paul Johnson as he appears before the Court for sentencing. I have known Paul all of his life. He is my second cousin. I have had the opportunity to observe his character, strengths, and potential firsthand.

While I fully recognize the seriousness of the circumstances that have brought him before the Court, I also believe it is important to share the qualities that make him much more than the mistakes he has made. Paul Johnson is a bright, respectful, and caring young man who possesses significant potential to become a productive and contributing member of society.

Like many young people, he became involved with individuals whose influence led him down a poor path. However, I have seen genuine remorse from him regarding his actions and the impact they have had on others, our family, and his own future. He does not seek to avoid responsibility. Rather, he understands that accountability is necessary and has expressed a sincere desire to learn from his mistakes and make meaningful changes in his life.

One of the greatest strengths working in his favor is the strong support system that surrounds him. He has family and a community that remain committed to helping him succeed, encouraging positive decisions, and ensuring he remains focused on education, employment, personal growth, and lawful behavior. He is not facing these challenges alone.

In my 20 plus years working as a social worker with at risk youth, I firmly believe that with appropriate services, guidance, mentorship, and opportunities for rehabilitation, Paul can redirect his life in a positive direction. He has the ability to benefit from counseling, educational programs, workforce development, and other supportive interventions designed to help young adults make better choices and build a stable future. He has taken steps to engage in services.

I respectfully ask the Court to consider not only the offense before it, but also the person standing before it: a young man with genuine potential, a strong support network, and a sincere commitment to changing the course of his life. I believe he deserves the opportunity to demonstrate that he can learn from this experience, become accountable for his actions, and emerge as a responsible and productive member of the community.

Thank you for your time and consideration.

Respectfully,

Chantel N. Carter; LMSW
646-265-7353/CC1160@NYU.EDU

**To the Honorable Judge,**

I am writing this letter from the heart, as someone who has loved Paul Johnson since the day he was born. As his aunt, my relationship with Paul goes far beyond the title of family. I have watched him grow, been part of his life since he was a baby, and shared a bond with him that I will always cherish. I understand the importance of the matter before the Court, and I respectfully ask for the opportunity to share my personal experiences with Paul and explain the special person he is to me and how much he means to our family.

Paul is not just my nephew. He is someone I have loved like a son from the very beginning. Before I had a son of my own, Paul was my baby. I had him in my arms when he was just a little boy, and I was fortunate enough to be part of his life from infancy. I watched him grow up, and the bond we share is something that words cannot fully explain. I have so many memories of him growing up, and when I think about Paul, I don't just see the circumstances he is facing today. I see the little boy I once held, the young man who keeps me laughing, and the family member I love so deeply.

Paul has a loving personality. He has a way of bringing laughter and happiness into the lives of the people around him. He is funny, caring, and very protective of his family. Family means a great deal to him, and I have always known him to have a special place in his heart for the people he loves. His presence brings something special to our family, and he is someone whose absence would be deeply felt.

As his aunt, I have watched him grow through different stages of life. Like anyone, he is not perfect, and life comes with lessons, challenges, and decisions that can have serious consequences. However, I believe that people should have the opportunity to learn, grow, take accountability, and become better versions of themselves. I do not believe that this difficult chapter should be the only thing that defines Paul's life or his future.

Your Honor, I am asking you to please consider the person Paul is to the people who love him. Please consider the little boy I helped care for, the young man who makes me laugh, the nephew who has always felt like a son to me, and the family member who means so much to us. I sincerely hope he is given an opportunity to learn from this experience and work toward a better future.

I want Paul to know that he is loved, that he has a family standing behind him, and that we believe he is capable of making positive changes. I will continue to encourage him, guide him, and remind him of the importance of responsibility, family, and making better choices.

Thank you, Your Honor, for taking the time to read my letter and for considering my words as someone who has loved Paul since he was a baby.

**Respectfully submitted,**

His Loving Aunt,

October 15, 2026

**To the Honorable Court:**

As I sit here reflecting on Paul Johnson Jr.'s life, I realize that today is his 25th birthday. Never in a million years would I have imagined that on this day, instead of celebrating another chapter of his life, I would be writing to the Court about a young man I have known and cared for since he was a child. It's a difficult reality to put into words, especially when someone and their family have been part of your life for so many years.

Paul's father is one of my closest friends, someone I consider a brother. I've watched Paul grow up, shared family experiences, traveled on cruises together, and witnessed the love and support both his mother and father have given him. To me, Paul has always been more than my friend's son. He's family.

Coming from Harlem and the Bronx, I understand how close to home the struggles of our communities can become. Even with a loving family and good guidance, the streets can introduce young people to influences and situations they aren't always prepared to navigate. I know this personally. My own mother worked hard to provide for me, and although her love was never in question, there were times when her responsibilities kept her from being physically present. Looking back, I understand how those moments left room for outside influences and decisions that affected my life.

I also remember when Paul's family moved him from Harlem to Pennsylvania to give him a fresh start. He attended a new school, experienced a different environment, and I personally witnessed him beginning to change for the better. That memory stays with me because I saw what was possible when he had an opportunity to grow in a different direction.

Having experienced incarceration myself, I know that life can take turns we never anticipated. I also know that change is possible. I have had to face my own mistakes, learn from difficult experiences, and make the conscious decision to become a better man. That doesn't happen overnight. It takes accountability, humility, patience, and a commitment to doing better one day at a time.

I understand the seriousness of the matters before this Court, and my heart goes out to everyone affected. Nothing I say is intended to excuse wrongdoing or take away from anyone's pain. I believe that genuine remorse, repentance, and making amends wherever possible are important parts of becoming a better person.

What I hope the Court understands is that Paul has people who love him and are prepared to stand beside him throughout this journey. Not to protect him from responsibility, but to encourage him to learn from his experiences and continue working toward a more positive future. His family and those of us who consider him family are committed to remaining present, offering guidance, and supporting him through whatever challenges lie ahead.

We cannot change yesterday, and we cannot recover the years already lost. But we can learn from what life has taught us and make different choices moving forward.

I respectfully ask the Court to consider the young man I have known, the positive changes I witnessed, and the family support that will remain with him. My hope is that this chapter, however difficult, will not be the only chapter that defines his life.

**No matter how difficult the road ahead may be, our commitment is to walk it with him, one day at a time, with accountability, love, and hope for a better tomorrow.**

Respectfully,

*R. LORD*

**Richard Lord**
Construction Project Coordinator

**Dear Honorable Judge,**

I am writing this letter on behalf of my nephew, Paul Johnson Jr., whom I have loved and known since the day he entered this world. I was there for his first steps, his first words, and many of the moments that shaped his childhood. I understand the seriousness of the offenses before this Court, and I do not seek to excuse his actions or minimize the pain they have caused. However, I respectfully ask that you consider the young man I have known throughout his life, beyond the decisions that brought him here.

Paul was only 19 years old when he was incarcerated, and he has now spent six years behind bars. I have always known him to be kind, respectful, creative, and a natural-born leader. Unfortunately, those qualities were not always directed toward positive choices. I firmly believe that the person someone is at 19 does not have to be the person they remain for the rest of their life. I believe Paul is capable of growth, accountability, and meaningful change.

As a Lead Security Officer at Proskauer Rose LLP, I understand the importance of responsibility, structure, and accountability. Should Paul ever be given the opportunity to return home, he will have the unwavering support of myself, his mother, father, grandmother, and sister. We are committed not only to loving him but also to guiding him, holding him accountable, and helping him build a productive future.

**Your Honor, I am not asking you to overlook Paul's actions. I am simply asking that you consider mercy alongside justice.** I respectfully ask that you consider a sentence toward the lower end of the range permitted by law, allowing Paul a meaningful opportunity for rehabilitation and redemption. I knew Paul before the world knew him through these charges, and I believe his worst chapter does not have to be his final one.

Thank you for your time, compassion, and consideration.

**Respectfully,**

**Jenna White**
Lead Security Officer
Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.5554
f 212.969.2900
JAWhite@proskauer.com

**Letter of Support for Paul Johnson Jr.**

To Whom It May Concern:

I am writing this letter in support of Paul Johnson Jr.; someone I have had the opportunity to watch grow up in my community. I have known Paul and his family for many years, and I know he comes from a good family with people who care deeply about his future and well-being.

I believe that a person's future should not be defined solely by the mistakes or circumstances of their past. Growth requires accountability, opportunity, guidance, and a strong support system. I am committed to being part of that support system for Paul.

As he moves forward, I will personally support his mental, emotional, and spiritual growth. This includes being available as a mentor, helping him connect with positive community resources and activities, and providing consistent encouragement and guidance as he works toward stability and a productive future.

My commitment to Paul is not temporary. I intend to remain a positive presence in his life now and in the future. I believe that with family, community, structure, and meaningful support surrounding him, Paul can continue to grow and move his life in a positive direction.

Thank you for your time and consideration.

Sincerely,
**Rasheed Hart**
Coordinator of Youth Initiatives
Brownsville, Brooklyn
Phone: 917-981-7399

To whom it may concern: I have known Paul Johnson Junior since his birth in 2001. In fact, his dad is my Godson. The Carter family is a large, loving family. All of his family values have set examples of what a young man should become, he has been showered with love, affection, discipline, and true values unfortunately during his teen years he became influenced by other youths and temporarily lost I I'm in B V B V sight of his own goals and ambitions. With the love and support that he is being afforded from friends and family I am certain that Paul can be redirected. My position during the Bloomberg administration as a director of Parent involvement in the New York City school system has allowed me to witness many family situations, and I recognize clearly that this child will receive the support that he needs from his relatives.This is an appeal to have leniency with him and allow him to once again follow the examples of his family and the society which he has been exposed to. please take his family values and his history into consideration while making any decisions about his future thank you in advance. si

sincerely Sheryl Rencher

To whom it May Concern! 11/6/2026

I'm writing this letter on behalf of Paul Johnson. I've Known Paul Johnson over 15 Years. Paul is a Childhood friend of my daughter Zanaiya Holmes. Paul is a Passive young man. Paul try's to mediate situations before the situation escalate.

Paul has a great sense of humor. Paul loves making people laugh. Paul has given great advice to my daughter Zanaiya when she has asked Paul about previous and current situations. She may have adored. Paul has a great spirit and a excellent heart. Paul has always shared and given to people who may have needed his help with ~~out~~ any hesitation.

11/6/2026

Paul has expressed to me in the Past his dreams are to become very successful In his adult live. I have faith in Paul Johnson. Paul Johnson Potenital to achieve his goals in the near future.

Please take into consideration That we all have made some wrong decision in our lives. Im asking your honoring Judge to Please take into consideration not to give Paul Johnson a life sentence.

Thank You your honor.

Lavelle Patterson

Lavelle Patterson