# Government Exhibits 1, 2A, and 2B (Video Files)