# Government Exhibit 3

VICTIM IMPACT STATEMENT

To the Honorable Judge:

My name is Perry Williams, and I am the father of JayQuan McKenley. I am submitting this statement so the Court can understand the lasting harm caused by my son's death on February 6, 2022, and the pain that continues to affect our family every day.

There is no sentence that can bring my son back. There is no amount of time that can give our family back the future that was taken from us. JayQuan was loved, and he mattered. His death has left a hole in our family that will never be filled.

JayQuan's mother was a great mother who raised him throughout his childhood. When he was around 12 or 13 years old, he came to live with me and my wife down South. During that time, we continued helping him grow into the young man he was becoming. My wife taught him everyday life skills, including how to wash his clothes and take care of himself. I taught him things that I hoped he would carry with him for the rest of his life: how to fish, change the oil in a car, play basketball, and ride dirt bikes. Those may sound like ordinary things, but to me they were moments of fatherhood and memories I will always hold close.

JayQuan leaves behind eight sisters and two brothers. He had two sisters and one brother through his mother, and six sisters and one brother through me. They have all been affected by losing him. His 14-year-old sister is struggling with his absence and has bad dreams about her brother being gone. No child should have to carry that kind of pain. His siblings have been forced to grow up with an empty place in their family and the knowledge that they will never get to make new memories with their brother.

His mother is hurting. My wife, who loved JayQuan and helped care for him as a stepmother, is hurting. I am hurting. Both sides of our family have been put in a very painful place. We may come from different households, but we share the same loss. We have had to learn how to live with something no family should ever have to accept: that JayQuan is not coming home.

I also recognize that another young man lost his life. Two families are now living with devastating loss. These deaths have caused pain that reaches far beyond the people who were directly involved.

I understand that the mandatory minimum sentence is 40 years and that life imprisonment is the maximum sentence available. I respectfully ask the Court to impose the most severe sentence permitted by law. This request is not made out of revenge. It comes from the permanent loss our family has suffered, the lives that have been changed forever, and the seriousness of what happened. A sentence should reflect the magnitude of that harm and the value of the lives that were taken.

I have also seen photographs of the defendant in jail that appear to show him making gang signs. Seeing those images has been deeply upsetting. I cannot know what is in his heart, but from my perspective they have not given me reassurance that he understands the harm caused or is showing remorse. They have added to the pain and concern I carry as a father who is trying to make sense of losing his son.

Your Honor, I ask you to remember that JayQuan was more than the circumstances of his death. He was a son who was raised and loved by his mother, a son who spent important years with me and my wife, and a brother whose sisters and brothers still need him. He had a future. He had people who loved him. We will spend the rest of our lives missing him.

Please consider the full and lasting impact of these deaths when deciding the sentence. I ask that the maximum sentence allowed by law be imposed.

Respectfully submitted,

Perry Williams

Father of JayQuan McKenley